## CASES DISPOSED OF WITHOUT WRITTEN OPINION AT SPRING TERM, 1907.

W. E. CAPPS v. S. A. L. RAILWAY, appellant. From Warren. *T. T. Hicks* and *M. J. Hawkins* for plaintiff; *Day, Bell & Allen* for defendant. Affirmed.

STATE v. J. V. MOYE, appellant. From Pitt. *Attorney-General* for State; *Skinner* for defendant. Affirmed.

J. F. MORGAN, appellant, v. O. W. HARRINGTON. From Pitt. *G. M. Lindsey* and *Shepherd & Shepherd* for plaintiff; *Skinner & Whedbee* for defendant. Affirmed.

BARRUM FORREST v. I. H. SMITH, appellant. From Craven. *R. W. Williamson* and *P. M. Pearsall* for plaintiff; *D. L. Ward* for defendant. Affirmed.

NAHOUM HATEM v. A. ELLIS, appellant. From Craven. *W. W. Clark* for plaintiff; *H. C. Whitehurst* and *R. A. Nunn* for defendant. Affirmed.

C. H. DUGGAN & CO. v. ATLANTIC COAST LINE RAILROAD, appellant. From Craven. *W. D. McIver* and *R. A. Nunn* for plaintiff; *Simmons, Ward & Allen* for defendant. Affirmed.

STATE v. HENRY CLAYTOR, appellant. From Wilson. *Attorney-General* for State. Affirmed.

CHARLES F. DUNN, appellant, v. A. MARKS. From Lenoir. *Dunn* for plaintiff; *Y. T. Ormond* for defendant. Affirmed.

CHARLES F. DUNN, appellant, v. NATIONAL BANK OF GOLDSBORO. From Lenoir. *Dunn* for plaintiff; *S. W. Isler* for defendant. Affirmed.

C. R. KERNODLE v. W. U. TEL. CO., appellant. From Alamance. *King & Kimball* and *F. H. Busbee & Son* for defendant. Affirmed.

W. T. OSBORNE v. NORTH CAROLINA RAILROAD CO., appellant. From Guilford. *John W. Hinsdale* and *J. A. Barringer* for plaintiff; *King & Kimball* for defendant. Affirmed.